# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0242.  CHARLES FRANKLIN v. THE STATE.**

In 2011, a jury convicted Charles Franklin of rape, aggravated sodomy, aggravated assault, aggravated battery, false imprisonment, and the false report of a crime.  We affirmed Franklin's convictions on direct appeal. See *Franklin v. State*, 335 Ga. App. 557 (782 SE2d 461) (2016). In June 2020, Franklin filed a *pro se* motion for an out-of-time appeal. The trial court dismissed the motion, and Franklin then filed this pro se direct appeal. We, however, lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) (punctuation omitted); see also *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014). "Due to the very nature of an out-of-time appeal, it is not a remedy available to a criminal defendant whose conviction has been reviewed by an appellate court on direct appeal since that defendant is not entitled to a second direct appeal from his judgment of conviction." *Richards*, 275 Ga. at 191. Because Franklin has had a direct appeal in which we affirmed his convictions, he is not entitled to an out-of-time appeal, and the dismissal of his motion for an out-of-time appeal is not subject to appeal. See id.; accord *Brown v. State*, 296 Ga. App. 224, 224 (674 SE2d 91) (2009). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/16/2020
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*